ACCEPTED
03-14-00484-CR
7052161
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 1:03:13 PM
JEFFREY D. KYLE
CLERK

484
No. 03-14-00481-CR

IN THE

COURT OF APPEALS

OF THE

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 1:03:13 PM
JEFFREY D. KYLE
Clerk

THIRD JUDICIAL DISTRICT OF TEXAS

--------------------

MICHELLE ELAINE GAMBLES,
                              Appellant
vs.

STATE OF TEXAS,
                              Appellee
--------------------

Appeal from Cause No. 2C13-07485
Bell County Court-at-Law No. Two


--------------------

**STATE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF**

--------------------


JAMES NICHOLS
BELL COUNTY ATTORNEY
by
Stephen Morris
Assistant County Attorney
P.O. Box 1127
Belton, Texas 76513
Tel: (254) 933-5135
Fax: (254) 933-5150
SBN: 14501700

**STATE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF**

To the Honorable Court of Appeals:

Comes now Stephen Morris, Assistant Bell County Attorney, representing the State of Texas and files this Motion to Extend Time to File a Brief in answer, and shows as follows:

1. This is an appeal in a criminal case. Appellant's Brief was filed on August 25, 2015.

2. The State's Brief is due September 24, 2015.

3. The State seeks to extend the time of filing its Brief by thirty (30) days. If granted, the extension would require the State's Brief to be due on or before October 23, 2015.

4. Good cause exists for this extension of time. State's appellate counsel in addition to being assigned the instant appeal, he has been assigned the appeal of Writ of Habeas Corpus, COA No. 03-15-00334. He also has been assigned and is carrying a full case load. Additional time is needed to complete the Brief.

5. There has been no previous extension granted to the State regarding this appeal.

6. This motion is unopposed by Appellant's counsel.

Wherefore, premises considered, the State respectfully requests that the Court extend the time for filing his Brief up to and including October 23, 2015.

Respectfully submitted,

/S/ Stephen Morris

_____

Stephen Morris
Assistant Bell County Attorney
Bell County Attorney's Office
P.O. Box 1127
Belton, Texas 76513
(254) 933-5135

## Certificate of Conference

I hereby certify that I have conferred with counsel for Appellant on September 21, 2015, and counsel does not oppose the above requested extension. Therefore, this motion is submitted as not apposed.

/S/ Stephen Morris

_____

Stephen Morris

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was sent to the person(s) named below, at the address shown by placing the same in a properly addressed envelope, certified, pre-paid, and mailing the document by first class mail on September 24, 2015

/S/ Stephen Morris

 

 

 

_____
Stephen Morris


Michael F. White
Law Offices of Michael F. White, P.C.
100 Kasberg Drive Suite A
Temple, Texas 76502